IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDY COVE 3
ASSOCIATION, INC.,

　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　CASE NO: 8:26-cv-24

WRIGHT NATIONAL
FLOOD INSURANCE
COMPANY,

　　Defendant.
_____/

## **COMPLAINT**

COMES NOW Plaintiff, SANDY COVE 3 ASSOCIATION, INC., by and through undersigned counsel, hereby sets forth this Complaint against Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, and state as follows:

### **INTRODUCTION**

1.　This is an action by Plaintiff, SANDY COVE 3 ASSOCIATION, INC. ("Plaintiff"), against Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY ("Defendant"), for breach of contract under a flood insurance policy for payment of insurance benefits for damages/repairs from Hurricane Helene.

2. Plaintiff purchased a flood insurance policy from Defendant, which participated in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), and consequently, Defendant issued a federal Standard Flood Insurance Policy ("SFIP") to Plaintiff.

3. Defendant failed to pay damages due and owing under the insurance policy.

## PARTIES

4. At all times material hereto, Plaintiff is the Florida Not For Profit Corporation, a condominium association, responsible for the management and maintenance of the subject property located at 115-218 Pass Key Rd, Sarasota, FL 34242.

5. Defendant is an insurance company authorized to do business in Florida.

## JURISDICTION

6. This Court has jurisdiction of this action pursuant to the National Flood Insurance Act, specifically 42 U.S.C. § 4001, *et seq*.

## COUNT ONE – BREACH OF CONTRACT

7. Plaintiff, at all relevant times, has been the condominium association responsible for the management and maintenance of certain real property located at 115-218 Pass Key Rd, Sarasota, FL 34242.

8. Plaintiff purchased a flood insurance policy, Policy Number 09 1150511296 14 (the "Policy") from Defendant, which covered the property at issue in this matter. **A copy of the declaration page is attached hereto as Exhibit "A."**

9. All premiums for the Policy were paid, and the Policy was in full force and effect at all relevant times herein.

10. On or about September 26, 2024, Hurricane Helene caused extensive flooding to the west coast of Florida.

11. Hurricane Helene was a flood event, a covered risk under the Policy.

12. Plaintiff's property sustained extensive damage as a result of flood waters associated with Hurricane Helene.

13. Defendant assigned claim number 24-0008404.

14. Plaintiff submitted a proof of loss to Defendant.

15. Defendant has breached the terms of the Policy by failing and refusing to pay all amounts due to Plaintiff pursuant to the terms of the Policy.

16. Plaintiff complied with all conditions precedent to bringing this action, or in the alternative, Defendant has waived same.

17. As a result of Defendant's breach, Plaintiff suffered damages, including the amounts legally entitled to recover under the terms of the subject Policy.

WHEREFORE, Plaintiff, SANDY COVE 3 ASSOCIATION, INC., brings this action against Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, and requests the following relief:

1. Entry of Judgment in Plaintiff's favor for all amounts to which Plaintiff is entitled under the Policy; and
2. An award of attorney's fees and costs.

## DEMAND FOR TRIAL BY JURY

WHEREFORE, Plaintiff further demands a trial by jury for all such issues that may be triable.

DATED: January 6, 2026.

**Dutton Law Firm P.A.**

/s/ *Christopher S. Dutton*
Christopher S. Dutton, Esq.
Florida Bar No. 115714
Dutton Law Firm P.A.
3104 North Armenia Ave Suite 2
Tampa, FL 33607
csdutton@live.com
Phone (813) 777-4674
*Attorney for Plaintiff*